ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney                    JS-6
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
California Bar No. 93390
Assistant United States Attorney
Asset Forfeiture Section
     United States Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213)894-2727
     Facsimile: (213)894-7177
     E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 06-2791-SJO(PLAx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $23,850.00 IN U.S. CURRENCY, $5,731.00 IN U.S. CURRENCY, and $2,000.00 IN U.S. CURRENCY, | |
| Defendants. | |
| LE HUA WU and KHANG TRONG NGUYEN, | |
| Claimants. | |

     Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture on May 8, 2006.  Notice was given and published in accordance with law.  Le Hua Wu and Khang Trong Nguyen ("claimants") filed a

1  joint claim and answer on July 17, 2006.  No other claims or
2  answers have been filed, and the time for filing claims and
3  answers has expired.  Plaintiff and claimants have reached an
4  agreement that is dispositive of the action.  The parties hereby
5  request that the Court enter this Consent Judgment of Forfeiture.
6  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
7  1.   This court has jurisdiction over the parties and the
8  subject matter of this action.
9  2.   Notice of this action has been given in accordance with
10 law.  All potential claimants to the defendant $23,850.00 in U.S.
11 currency, $5,731.00 in U.S. currency, and $2,000.00 in U.S.
12 currency other than claimants are deemed to have admitted the
13 allegations of the Complaint.  The allegations set out in the
14 Complaint are sufficient to establish a basis for forfeiture.
15 3.   The United States of America shall have judgment as to
16 $21,581.00 of the defendant U.S. currency and all interest earned
17 on the entire amount of the defendant currency.  No other person
18 or entity shall have any right, title or interest in the
19 forfeited currency.  The United States Marshals Service is
20 ordered to dispose of said asset in accordance with law.
21 4.   The remaining $10,000.00 of the defendant currency and
22 all interest earned thereon shall be returned to claimants in
23 care of their attorney, Philip Deitch.  Said funds shall be
24 forwarded by electronic funds transfer made payable to "Le Hua Wu
25 and Khang Trong Nguyen," and shall be transmitted to the Philip
26 Deitch Client Trust Account.
27 5.   Claimants hereby release the United States of America,
28 its agencies, agents, and officers, including employees and
   agents of the United States Drug Enforcement Administration, from

1  any and all claims, actions or liabilities arising out of or
2  related to this action, including, without limitation, any claim
3  for attorneys' fees, costs or interest which may be asserted on
4  behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or
5  otherwise.
6  / / /
7  / / /
8  / / /

1     6. The Court finds that there was reasonable cause for the
2 seizure of the defendant currency and institution of these
3 proceedings. This judgment shall be construed as a certificate
4 of reasonable cause pursuant to 28 U.S.C. § 2465.

7 DATED: August 10, 2010      *S. James Otero*

                                     HONORABLE S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: _____, 2010      ANDRÉ BIROTTE JR.
                                     United States Attorney
                                     ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     STEVEN R. WELK
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture Section

                                     MICHELE C. MARCHAND
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     United States of America

DATED: _____, 2010      LAW OFFICES OF PHILIP DEITCH

                                     PHILIP DEITCH

                                     Attorney for Claimants Le Hua Wu
                                     and Khang Trong Nguyen

DATED: _____, 2010

                                     LE HUA WU, Claimant

DATED: _____, 2010

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
KHANG TRONG NGUYEN, Claimant